1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13   ADRIAN GERARDO VALLE, an individual, | Case No. 2:20-cv-01219-DSF-SK |
| 14 | |
|          Plaintiff, | [Assigned to Judge Dale S. Fischer, Courtroom 7D] |
| 15     v. | |
| 16 | **ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL** |
| 17   J.K. COMMS. & CONSTRUCTION, INC., dba KLEVEN CONSTRUCTION, an | |
| 18   Arizona corporation; and DOES 1 through 10, inclusive, | |
| 19          Defendants. | Complaint Filed: September 12, 2019 |

20
21

      Pursuant to the Parties' stipulation, Plaintiff's claims in the above-captioned matter

22

are hereby **DISMISSED WITH PREJUDICE**.

23

      IT IS SO ORDERED.

24

 DATED: March 4, 2020

25

                   _____

26

                   Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

27
28

*Error! Unknown document property name.*